ASBESTOLITH MFG. Co. v. HOWLAND. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by the Asbestolith Manufacturing Company against Henry S. Howland. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 173.